# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6388 | **DATE** | 1/23/2012 |
| **CASE TITLE** | Kenan Johnson vs. Louis Zuniga | | |

**DOCKET ENTRY TEXT**

Status hearing held with plaintiff participating by telephone and defense counsel appearing in person. Each side is to file with the Court, by no later than 2/21/12, a status report containing the information listed below. In addition, the Clerk is directed to mail to plaintiff along with this order a copy of the motion for appointment of counsel and financial affidavit forms. Status hearing is set to 3/13/12 at 8:45 a.m. Defendant's attorney is directed to make arrangements for plaintiff to participate by telephone.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

By no later than 2/21/12, each party is to file a status report that includes the following information:

1) The names and (if known) address or other location of any witnesses that the party may need to call to support its claims or defenses, or who may have relevant information regarding the matters at issue in the case.

2) A description of any and all documents, or categories of documents, that the party needs to obtain from the other side or from third parties in order to support its claims or defenses.

| | Courtroom Deputy Initials: | mk |
|---|---|---|